IN THE UNITED STATES DISTRICT COURT OF
THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STEPHANIE GRIESENAUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BELLUS MEDICAL, LLC, D/B/A CROWN AESTHETICS, | ) Case No. 4:25-cv-00263-SPM |
| | ) |
| Defendant/Third-Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| BIMINI TECHNOLOGIES LLC, d/b/a/ BIMINI HEALTH TECH, HEALEON LLC and KMI IMI GROUP, | ) |
| | ) |
| Third-Party Defendants. | ) |

**THIRD-PARTY DEFENDANT KMI IMI GROUP'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

COMES NOW Third-Party Defendant KMI IMI Group, by and through undersigned counsel, and pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and Local Rule 4.01, moves for an Order from this Court dismissing it from this action based on lack of personal jurisdiction as Third-Party Defendant KMI IMI Group has no connections with the State of Missouri and having to defend a case in the State of Missouri would be a violation of the Due Process Clause of the Fourteenth Amendment. In further support of this Motion, pursuant to Local Rule 4.01, Third-Party Defendant contemporaneously files its Memorandum in Support of its Motion to Dismiss.

WHEREFORE, based on the above and foregoing, and the arguments stated in the Memorandum in Support, Third-Party Defendant KMI IMI Group moves from an Order from this Court dismissing this action based on Rule 12(b)(2) for lack of personal jurisdiction.

1

Respectfully Submitted,

*/s/ Tracy M. Hayes*
Sean M. Sturdivan   MO #56234
Tracy M. Hayes    MO #58555
SANDERS WARREN & RUSSELL, LLP
11225 College Blvd., Suite 450
Overland Park, Kansas 66210
Tel: 913-234-6100
Fax: 913-234-6199
s.sturdivan@swrllp.com
t.hayes@swrllp.com
**ATTORNEY FOR THIRD-PARTY DEFENDANT KMI IMI GROUP**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 8th day of September 2025, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record, and a copy was also sent via electronic mail to the following:

Jason Paul Hine
Miller and Hine LLC
8764 Manchester Road
Suite 204
St. Louis, MO 63144
jhine@millerandhinelaw.com
***Attorneys for Plaintiff***

Donald Robert Hageman, III
Katherine C. Battisti
Gordon Rees, LLP
211 N. Broadway, Suite 2150
St. Louis, MO 63102
dhageman@grsm.com
kbattisti@grsm.com

Tyler Tarney
Davie A. Bosak
Gordon Rees LLP
41 S. High St., Suite 2495
Columbus, OH 43215
ttarney@grsm.com
dbosak@grsm.com
***Attorneys for Defendant/Third-Party Plaintiff/Third-Party Defendant Bellus Medical***

Rebecca A. Cary
Childress Ahlheim Cary LLC
1699 S. Hanley Rd, Ste. 210
St. Louis, MO 63144
rebecca@caclawfirm.com
***Attorneys for Third-Party Defendant Bimini Technologies LLC d/b/a Bimini Health Tech***

                /s/ Tracy M. Hayes
                ***Attorney***