IN THE UNITED STATES DISTRICT COURT OF
THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STEPHANIE GRIESENAUER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BELLUS MEDICAL, LLC, D/B/A CROWN ) <br> AESTHETICS, ) <br> ) <br> Defendant/Third-Party Plaintiff ) <br> ) <br> v. ) <br> ) <br> BIMINI TECHNOLOGIES LLC, d/b/a/ ) <br> BIMINI HEALTH TECH, HEALEON LCC ) <br> and KMI IMI GROUP, ) <br> ) <br> Third-Party Defendants. ) | Case No. 4:25-cv-00263-SPM |

**DECLARATION OF BEN KHALAJ**

Pursuant to 28 U.S.C. § 1746, Ben Khalaj, the President and CEO of KMI IMI Group, states under oath as follows:

1. My name is Ben Khalaj, I am the President and CEO of KMI IMI Group.

2. This affidavit is based on my own person knowledge of KMI IMI Group as the founder of KMI IMI Group and its current President and CEO.

3. KMI IMI Group is a corporation organized under the laws of California with its principal place of business in California.

4. KMI IMI Group is not registered to do business in Missouri.

5. KMI IMI Group does not own, operate, manage, or control any business or property in the State of Missouri.

6. KMI IMI Group does not conduct business within the State of Missouri.



7. KMI IMI Group has never advertised or solicited applications for an open employment position specifically in Missouri.

8. KMI IMI Group does not have any affiliations with professional, collegiate, or other sports teams of entertainment venues in Missouri.

9. KMI IMI Group does not engage in purposeful solicitation of Missouri residents for business.

10. To the best of my knowledge, KMI IMI Group has never shipped any products to the state of Missouri.

11. As it relates to the product at issue in this lawsuit, the ProGen PRP Eclipse System ("ProGen"), KMI IMI Group contracted with Bimini Health Tech, which is located in California, and Healeon Medical, Inc., which is located in California, to manufacture the product to their specifications.

12. As it relates to the specific Lot Number of the product used by Plaintiff, the order for the product was placed by Healeon LLC, which is located in California, and as directed by Healeon LLC, was shipped to Crown Laboratories in Tennessee.

13. KMI IMI Group does not have any information on how the product ended up in Missouri in Plaintiff's possession.

14. KMI IMI Group does not tell Crown Laboratories where to sell the product, does not encourage Crown Laboratories to sell to a particular location or trade, and does not require Crown Laboratories to obtain approval before selling and/or shipping the product. KMI IMI Group has no involvement with where or how Crown Laboratories sells and/or distributes the product after it is delivered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5 day of September, 2025.

_____
Ben Khalaj